UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                               CASE NO. 05 B 50048
YOLANDA SHELEY

                                                    CHAPTER 13

                                                    JUDGE: JOHN H SQUIRES
       Debtor
SSN XXX-XX-9189

---
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

    1.   The case was filed on 10/12/05 and confirmed on 12/23/05.

    2.   The plan is paid in full.

    3.   The Debtor paid a total of $ 21708.40 .

    4.   The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NUVELL CREDIT COMPANY LL | SECURED VEHIC | 4900.00 | 239.50 | 4900.00 |
| CHECK INTO CASH OF ILLIN | UNSECURED | NOT FILED | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | 1565.00 | .00 | 1565.00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CORPORATE AMERICA CREDIT | UNSECURED | 1437.43 | .00 | 1437.43 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| ENCORE | UNSECURED | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| HARVEY POLICE DEPT | UNSECURED | 300.00 | .00 | 300.00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS TITLE LOANS | UNSECURED | NOT FILED | .00 | .00 |
| THE LARAMAR GROUP | UNSECURED | 941.22 | .00 | 941.22 |
| M & M ORTHOPAEDICS | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SRV | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SRV | UNSECURED | NOT FILED | .00 | .00 |
| NUVELL CREDIT COMPANY LL | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE OF IL | UNSECURED | NOT FILED | .00 | .00 |
| RIDDLE & ASSOC PC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| CHECK N GO OF IL | UNSECURED | 275.00 | .00 | 275.00 |
| SIR FINANCE | UNSECURED | 952.00 | .00 | 952.00 |
| SOCIAL SECURITY ADMINIST | UNSECURED | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 175.00 | .00 | 175.00 |
| TEK COLLECT CORP | UNSECURED | NOT FILED | .00 | .00 |
| THE CASH STORE LOMBARD | UNSECURED | NOT FILED | .00 | .00 |
| UNITED CASH LOANS | UNSECURED | NOT FILED | .00 | .00 |

```
AFNI/VERIZON             UNSECURED       213.23          .00       213.23
NUVELL CREDIT COMPANY LL SPECIAL CLASS   1914.77         .00      1914.77
AMERICASH LOANS          UNSECURED       1387.38         .00      1387.38
BAY AREA CREDIT SRV      UNSECURED       NOT FILED       .00          .00
CAPITAL ONE BANK         UNSECURED        887.78         .00       887.78
ILLINOIS DEPT OF EMPLOYM UNSECURED       3425.00         .00      3425.00
```

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 4900.00 | .00 | 13473.81 | .00 | 18373.81 |
| PRINCIPAL PAID | 4900.00 | .00 | 13473.81 | .00 | 18373.81 |
| INTEREST PAID | 239.50 | .00 | .00 | .00 | 239.50 |
| TOTAL PAID | 5139.50 | .00 | 13473.81 | .00 | 18613.31 |

The Debtor's attorney, RICHARD E SEXNER           , was allowed $   2200.00
and was paid $    371.00   direct and $   1829.00   through the plan.

The Trustee received $    861.59 .

Refunds to the Debtor totaled $    404.50 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
    Dated: 06/23/08                   /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```